NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: tom.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00103-HRH-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATUS REPORT** |
| v. | ) | |
| | ) | |
| | ) | |
| JOSE MANUEL ZAPATA | ) | |
| MANUEL ZAPATA | ) | |
| MARCELO ZAPATA | ) | |
| CONSTANTINO ZAPATA | ) | |
| MAXIMO DeLEON CRUCEY | ) | |
| ELADIO CRUCEY | ) | |
| LUZ TORRES | ) | |
| JUAN CARLOS GOMEZ | ) | |
| NORBERTO AGUDELO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, United States of America, by and through undersigned counsel, and submits to this court a status report on the above-referenced defendants, as ordered by this court at docket 1321 in the above-referenced case.

The case is still active and the defendants are being sought by the Drug Enforcement Administration, United States Marshals, and the Federal Bureau of Investigation. Therefore, counsel advises the court that the arrest warrants should still stand.

RESPECTFULLY SUBMITTED, this 3rd day of August, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: tom.bradley@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007,
a copy of the foregoing *Status Report*
was served electronically via ECF on:

George Blair McCune
mccune@gci.net

Michael D. Dieni
mike_dieni@fd.org

Joseph P. Josephson
jjosephson@aol.com


s/Danielle Newberry
Legal Assistant